*George,* for the Defendant.
*Calder,* for the Plaintiff.

### SEPTEMBER TERM, 1750.

#### Lewis's Lessee *vs.* Beall.

**Ejectment** for a tract of land called *Strife,* lying in Prince-George's county. *Verdict* for the plaintiff. *Point saved*—Whether a person having a seisin in law, but never an actual possession of lands in fee, whereof no person whatever hath the actual possession at the time of conveyance, can, for a valuable consideration, convey the same by lease and release? If in the affirmative, judgment to be entered for the plaintiff; if in the negative, for the defendant.

*S. Bordley* and *E. Dorsey,* for the Plaintiff.
*Dulany,* junior, *Cumming* and *J. Chase,* for the Defendant.

The Provincial Court gave judgment on the verdict and point saved, for the plaintiff.